# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALEXANDER CURRY-FISHTORN**　　　　　　　　　　　　　　　　**PLAINTIFF**

**V.**　　　　　　**CASE NO. 4:20-CV-974-BRW-BD**

**DAVID NORWOOD,** *et al*.　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

On August 19, 2020, Plaintiff Alexander Curry-Fishtorn filed this lawsuit claiming that Defendants violated his constitutional rights while he was held as a pretrial detainee in the Ouachita County Detention Facility. The Detention Facility is in Camden, Arkansas, which lies in the Western District of Arkansas.

The interests of justice are best served by transferring this case to the United States District Court for the Western District of Arkansas, under 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED, this 19th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE